HOULIHAN *et al.,* Commissioners, *v.* HEERY, Chief Judge, *et al.*

WYATT, Justice. Without intimating that a Judge of the Municipal Court of Savannah is a constitutional officer, the court concludes that the questions raised in this case are controlled in principle by the decision in *Houlihan* v. *Atkinson, ante,* 720.

*Judgment affirmed. All the Justices concur.*

No. 16739. SEPTEMBER 12, 1949.

*John J. Bouhan,* for plaintiffs.

*Eugene Cook, Attorney-General, Spence M. Grayson, Owen H. Page, Gilbert E. Johnson,* and *Albert L. Cobb,* for defendants.